1

2

3

4

5

**Entered on Docket**
**March 14, 2011**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

6

7

8  PITE DUNCAN, LLP
   EDDIE R. JIMENEZ (NV Bar #10376)
9  MATTHEW M. MCARTHUR (NV Bar #11649)
   ACE VAN PATTEN (NV Bar #11731)
10 701 Bridger Avenue, Suite 700
   Las Vegas, Nevada 89101
11 Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
12 E-mail: ecfnvb@piteduncan.com

13 MAILING ADDRESS:
   4375 Jutland Drive, Suite 200
14 P.O. Box 17933
   San Diego, California 92177-0933
15
   Attorneys for  Secured Creditor WELLS FARGO BANK, N.A., ALSO KNOWN AS
16                WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.,
                  AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB,
17                FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

18
                       UNITED STATES BANKRUPTCY COURT
19
                            DISTRICT OF NEVADA
20

21 In re                              | Bankruptcy Case No. BK-S-10-28018-mkn
                                       | Chapter 7
22 LEONARD A. TURSI,                   |
                                       | WELLS FARGO BANK, N.A., ALSO
23          Debtor(s).                 | KNOWN AS WACHOVIA MORTGAGE,
                                       | A DIVISION OF WELLS FARGO BANK,
24                                     | N.A., AND FORMERLY KNOWN AS
                                       | WACHOVIA MORTGAGE, FSB,
25                                     | FORMERLY KNOWN AS WORLD
                                       | SAVINGS BANK, FSB'S ORDER
26                                     | TERMINATING AUTOMATIC STAY
                                       | Date:    March 2, 2011
27                                     | Time:    1:30 P.M.
28

1   A hearing on Secured Creditor Wells Fargo Bank, N.A., also known as Wachovia

2   Mortgage, a division of Wells Fargo Bank, N.A., and formerly known as Wachovia Mortgage,

3   FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic

4   Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable

5   Mike K. Nakagawa, Matthew M. McArthur appearing on behalf of Secured Creditor.

6   The court having duly considered the papers and pleadings on file herein and

7   being fully advised thereon and finding cause therefor:

8   IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9   The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 6814

12  Sebring St, Las Vegas, Nevada 89103-4302 ("Real Property"), which is legally described as:

13
14  LOT 5 IN BLOCK 4 OF AMENDED PLAT OF
    SPRING VALLEY COTTAGES UNIT NO. 2-B,
    AS SHOWN BY MAP THEREOF ON FILE IN
    BOOK 30 OF PLATS, PAGE 39, IN THE OFFICE
15  OF THE COUNTY RECORDER OF CLARK
16  COUNTY, NEVADA.

17  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

18  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

19  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

20  prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

21  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

22  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

23  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

24  provide 7 days' notice to the Debtor(s).

25  /./.

26  /./.

27  /./.

28  /./.

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

2    offer and provide Debtor with information re: a potential Forbearance Agreement, Loan

3    Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

4    may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to

5    enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this

6    bankruptcy case.

7    APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

8    _____      _____

9    DAVID KRIEGER                 DAVID A. ROSENBERG
     DEBTOR(S) ATTORNEY            TRUSTEE

10

11   /././

12   /././

13   /././

14   /././

15   /././

16   /././

17   /././

18   /././

19   /././

20   /././

21   /././

22   /././

23   /././

24   /././

25   /././

26   /././

27   /././

28   /././

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

reflects the court's ruling and that (check one):

☐       The court has waived the requirement set forth in LR 9021(b)(1).

☐       No party appeared at the hearing or filed an objection to the motion.

☐       I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

and any unrepresented parties who appeared at the hearing, and each has approved or

disapproved the order, or failed to respond, as indicated below [list each party and whether the

party has approved, disapproved, or failed to respond to the document]:

☐       Approved.

☐       Disapproved.

☐       Failed to respond.


☒       I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order

with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of

the order.

###

Submitted by:

/s/ MATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11649
Attorney for WELLS FARGO
BANK, N.A., ALSO KNOWN
AS WACHOVIA MORTGAGE,
A DIVISION OF WELLS
FARGO BANK, N.A., AND
FORMERLY KNOWN AS
WACHOVIA MORTGAGE,
FSB, FORMERLY KNOWN AS
WORLD SAVINGS BANK, FSB